UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JAMES ALLEN CAMERON,<br><br>　　Defendant. | NO. CR-08-602-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL AND TRIAL AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |

　　A pretrial conference was held in the above-captioned matter on April 16, 2009. Defendant was present and represented by James Crawford; the Government was represented by Assistant United States Attorney Priya Sopori. Defendant orally moved for a continuance of the trial in order to investigate and prepare for trial. The Government did not object to a continuance. At the hearing, the Court conducted a colloquy with Defendant regarding his rights under the Speedy Trial Act and Defendant waived those rights.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. Defendant's oral motion to continue the pretrial and trial is **GRANTED**.

　　2. The jury trial set for May 19, 2009, is **stricken**. A jury trial is **set** for **July 22, 2009,** in Los Angeles, California, at **9:00 a.m.** Counsel shall appear in chambers at 8:30 a.m. on the first day of trial.

　　3. All motions *in limine* shall be submitted to the Court on or before **July 1, 2009.**

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL AND TRIAL AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** *1

4.  Pursuant to 18 U.S.C. § 3161(h)(8)(A), the time between May 19, 2009, the previous trial date, until July 22, 2009, the new trial date, is **declared excludable** for purposes of the Speedy Trial Act. The Court finds that the continuance is necessary to allow Defendant time to fully investigate and prepare for trial. Defendant's interest in this investigation and preparation outweighs the interest of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 24th day of April, 2009.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\Los Angeles Cases\Cameron\grant.cont2.ord.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL AND TRIAL AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** *2